IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. KRAVITS, | : | Civil Action No. 10-00861 |
| Plaintiff, | : | |
| | : | Hon. Gary L. Lancaster |
| vs. | : | |
| ERIC K. SHINSEKI, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

## ORDER

AND NOW, this 31st day of May, 2011, based upon Joint Stipulation of Dismissal of Less Then All Claims, said Stipulation is accepted. The hostile work environment claim is withdrawn with prejudice. The remaining claim of wrongful termination / disability will remain.

BY THE COURT,

_____ C.J.